158 A.3d 71

LEHIGH ANESTHESIA ASSOCIATES, P.C., Petitioner

v.

Michael MELLON, CRNA, Respondent

No. 364 MAL 2016

Supreme Court of Pennsylvania.

September 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.